Eva M. Weiler (SBN: 233942)
eweiler@shb.com
SHOOK, HARDY & BACON LLP
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949-475-1500
Facsimile: 949-475-0016

Attorneys for Defendant
Boston Scientific Corporation

Alan S. Lazar (SBN: 125820)
alazar@marlinsaltzman.com
Bradley R. Fagnani (SBN: 261330)
bfagnani@marlinsaltzman.com
MARLIN SALTZMAN LLP
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: 818-991-8080
Facsimile: 818-991-8081

Attorneys for Plaintiffs

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
10/11/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIANA MALDONADO and ABEL MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>Defendant. | Case No. 4:19-cv-02465-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate and agree that plaintiffs Viviana Maldonado and Abel Maldonado's claims against defendant Boston Scientific Corporation are dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

Dated:  October 9, 2019                SHOOK, HARDY & BACON L.L.P.

By: /s/ Eva M. Weiler
            Eva M. Weiler
Attorneys for Defendant
Boston Scientific Corporation

Dated:  October 9, 2019                MARLIN SALTZMAN L.L.P.

By: /s/ Alan S. Lazar
            Alan S. Lazar
            Bradley R. Fagnani
Attorneys for Plaintiffs

### **Attestation Pursuant to L.R. 5-(1)(i)(3)**

I hereby attest that all signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

Dated:  October 9, 2019                */s/ Eva M. Weiler*
                Eva M. Weiler